# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIE STOKES** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-0338** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA**, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 9th day of August 2022, upon consideration of Defendant John DiDonato's ("Defendant") *motion to dismiss Plaintiff's complaint*, [ECF 9], Plaintiff Willie Stokes' ("Stokes") response in opposition, [ECF 13], Defendant's reply, [ECF 14], and the allegations in the complaint, [ECF 1], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The motion to dismiss is **GRANTED** as to Stokes' malicious prosecution claims filed pursuant to 42 U.S.C. § 1983 and Pennsylvania state law (Counts I and VII);

2. The motion to dismiss is **GRANTED** as to Stokes' § 1983 claims for deprivation of liberty without due process and for civil rights conspiracy (Counts II and III), but *only* with respect to those claims related to Defendant's alleged participation in the fabrication of evidence used in the perjury prosecution against Franklin Lee; and

3. The motion to dismiss is **DENIED** in all other respects.

                                                      **BY THE COURT:**

                                                      */s/ Nitza I. Quiñones Alejandro*
                                                      **NITZA I. QUIÑONES ALEJANDRO**
                                                      *Judge, United States District Court*