# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIE STOKES** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-0338** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 26th day of May 2023, upon consideration of the parties' *joint stipulation for entry of settlement order*, [ECF 57], it is hereby **ORDERED** that the stipulation is **APPROVED**.  Accordingly, this matter is **DISMISSED**, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  It is further **ORDERED** that this Court shall retain jurisdiction only for purposes of enforcement of the settlement agreement entered into between the parties.  The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*